ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :      INDICTMENT

          -v.-                        :      08 Cr.

BRENNAN SWEENEY,                      :
     a/k/a "BSWEENY," and
     a/k/a "jack-coke@roadrunner.com,"  **08 CRIM.        212**

          Defendant.                  :

- - - - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1.  From on or about March 13, 2003, up to and
including in or about June 2003, in the Southern District of New
York and elsewhere, BRENNAN SWEENEY, a/k/a "BSWEENY," a/k/a
"jack-coke@roadrunner.com," the defendant, unlawfully, willfully,
and knowingly did distribute and attempt to distribute child
pornography and material that contained child pornography that
had been mailed, shipped, and transported in interstate and
foreign commerce by any means, including by computer, to wit,
SWEENEY made available for download by others, via a peer-to-peer
file sharing computer program, images that contained child
pornography which were stored on his computer.

     itle 18, United States Code, Sections 2252A(a)(2)(A),
                    (a)(2)(B) and (b)(1).)

## COUNT TWO

The Grand Jury charges:

2.  From on or about March 13, 2003, up to and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

including on or about October 8, 2003, in the Southern District
of New York and elsewhere, BRENNAN SWEENEY, a/k/a "BSWEENY,"
a/k/a "jack-coke@roadrunner.com," the defendant, unlawfully,
willfully, and knowingly did possess and attempt to possess
books, magazines, periodicals, films, videotapes, computer disks,
and other material that contained images of child pornography
that had been mailed, shipped, and transported in interstate and
foreign commerce by any means, including by computer, and that
were produced using materials that had been mailed, and shipped,
and transported in interstate and foreign commerce by any means,
including by computer, to wit, SWEENEY downloaded images of child
pornography from various websites and saved them on the hard
drive of his personal computer in his home in Manhattan.

      (Title 18, United States Code, Sections 2252A(a)(5)(B)
                and (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

**BRENNAN SWEENEY,**
**a/k/a "BSWEENY,"**
**a/k/a "jack-coke@roadrunner.com,"**

                    **Defendant.**

### INDICTMENT

08 Cr.

(18 U.S.C. §§ 2252A(a)(2)(A), (a)(2)(B),
(a)(5)(B) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

                    Foreperson.