UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    **ORDER**

    - v. -                              :    08 Cr. 212

BRENNAN SWEENEY,                :
  a/k/a "BSWEENY,"
  a/k/a "jack-coke@roadrunner.com,"   :

        Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - x

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Adam S. Hickey;

    It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

    ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       March 28, 2008

_____
UNITED STATES MAGISTRATE JUDGE

ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK