April 25, 2008

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    United States v. Brennan Sweeney**
        **08 Cr. 212 (RJH)**

Dear Judge Holwell:

  I write on behalf of my client, Brennan Sweeney, to request a modification of his bail conditions to allow him to move to Philadelphia to reside with his mother. The Government consents to this request.

  On March 28, 2008 Mr. Sweeney was presented in Magistrate's Court and released by the Honorable Andrew J. Peck on the following conditions:

> A $50,000 personal recognizance bond to be co-signed by two
> financially responsible persons secured by $5,000 cash/property; travel
> limited to the SDNY/EDNY; surrender of all travel documents with no
> new applications; strict pretrial supervision; home detention with
> electronic monitoring with permission to leave home for court
> appearances, attorney meetings, and for job search with notification to
> Pretrial Services; no access to the internet or computers, no
> unsupervised contact with minors; no pornography or pornography
> materials.

  On April 11, 2008, the Court modified those conditions, changing the home detention to a curfew requiring Mr. Sweeney to remain home from 9:00 p.m. to 6:00 a.m. The Court also permitted Mr. Sweeney to use a computer and the internet with a software monitoring program approved by Pretrial Services.

  As a result of his arrest in this case, Mr. Sweeney lost his employment as a bartender. He would like to move to Philadelphia to live with his mother so that he can search for work without

The Honorable Richard J. Holwell  April 25, 2008
United States District Court  Page 2
Southern District of New York

**Re:   United States v. Brennan Sweeney**
       **08 Cr. 212 (RJH)**

the pressure of paying costly rent.

    Mr. Sweeney's new address will be 211 Archer Court, Malvern, PA 19355. He intends to move on Tuesday, April 29, 2008. My office has been in contact with Pretrial Services and is in the process of securing electronic monitoring at the new address. There will likely be a period of several days without electronic monitoring while Pretrial Services in Philadelphia prepares to install the monitoring equipment. If this period exceeds one week, I will notify the Government and the Court. Mr. Sweeney will continue to abide by the curfew during any time without monitoring and Pretrial Services may verify his compliance by telephone or in-person visits.

    For all these reasons, we ask the Court to transfer pretrial supervision to the Eastern District of Pennsylvania and to modify Mr. Sweeney's travel restrictions to include the Eastern District of Pennsylvania and the District of New Jersey so that he many travel between Philadelphia and New York.

    Thank you for your consideration in this matter.

Respectfully submitted,

David E. Patton
Attorney for Brennan Sweeney
Tel.: (212) 417-8762

**SO ORDERED:**

_____
**HONORABLE RICHARD J. HOLWELL**
United States District Judge

cc:   Jason Smith, Esq.
      Assistant U.S. Attorney

      Leo Barrios
      Pretrial Services