June 9, 2008

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**    <u>**United States v. Brennan Sweeney**</u>
       **08 Cr. 212 (RJH)**

Dear Judge Holwell:

      I write to request a 30-day adjournment of the status conference currently scheduled for June 13, 2008 at 12:30 p.m. The Government consents to this request.

      I will be leaving the Federal Defenders in two weeks, and Mr. Sweeney's case will be transferred to another attorney in our office. That attorney will need time to review discovery and consult with Mr. Sweeney before making any decisions about how to proceed in the case. I have spoken with Assistant United States Attorney Jason Smith regarding this request, and he consents to the adjournment.

      Mr. Sweeney consents to the exclusion of time under the Speedy Trial Act until the next conference. The additional time serves the interest of justice because it will allow Mr. Sweeney to consult with his new attorney and outweighs his interest and the public's interest in a speedy trial.

                                       Respectfully submitted,

                                       David E. Patton
                                       Attorney for Brennan Sweeney
                                       Tel.: (212) 417-8762

cc:    Jason Smith, Esq.
        Assistant U.S. Attorney