# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

*Southern District of New York*
John J. Byrnes
Attorney-in-Charge

June 9, 2008

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   **United States v. Brennan Sweeney**
      **08 Cr. 212 (RJH)**

Dear Judge Holwell:

I write to request a 30-day adjournment of the status conference currently scheduled for June 13, 2008 at 12:30 p.m. The Government consents to this request.

I will be leaving the Federal Defenders in two weeks, and Mr. Sweeney's case will be transferred to another attorney in our office. That attorney will need time to review discovery and consult with Mr. Sweeney before making any decisions about how to proceed in the case. I have spoken with Assistant United States Attorney Jason Smith regarding this request, and he consents to the adjournment.

Mr. Sweeney consents to the exclusion of time under the Speedy Trial Act until the next conference. The additional time serves the interest of justice because it will allow Mr. Sweeney to consult with his new attorney and outweighs his interest and the public's interest in a speedy trial.

Respectfully submitted,

David E. Patton
Attorney for Brennan Sweeney
Tel.: (212) 417-8762

cc: Jason Smith, Esq.
    Assistant U.S. Attorney

*Handwritten endorsement:* Application Granted. Time is excluded under the STA from 6/13/08 to 7/18/08 for the reasons stated above and in the interests of justice. Conference rescheduled for 7/18/08 at 12:30 pm. SO ORDERED. USDJ 6/10/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

TOTAL P.002