# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

    USDC SDNY
    DOCUMENT
    ELECTRONICALLY FILED
    DOC #: _____
    DATE FILED: 6/16/08

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

June 12, 2008



RECEIVED
JUN 13 2008
CHAMBERS OF
RICHARD J. HOLWELL

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    United States v. Brennan Sweeney**
       **08 Cr. 212 (RJH)**

Dear Judge Holwell:

      I write on behalf of my client, Brennan Sweeney, to request a modification of his bail conditions to allow him to spend two days unmonitored. The Government, through United States Attorney Jason Smith, as well as Pretrial Services in both the Eastern District of Pennsylvania and the Southern District of New York all consent to this request.

      On March 28, 2008 Mr. Sweeney was presented in Magistrate's Court and released by the Honorable Andrew J. Peck on the following conditions:

> A $50,000 personal recognizance bond to be co-signed by two financially responsible persons secured by $5,000 cash/property; travel limited to the SDNY/EDNY; surrender of all travel documents with no new applications; strict pretrial supervision; home detention with electronic monitoring with permission to leave home for court appearances, attorney meetings, and for job search with notification to Pretrial Services; no access to the internet or computers, no unsupervised contact with minors; no pornography or pornography materials.

      On April 11, 2008, the Court modified those conditions, changing the home detention to a curfew requiring Mr. Sweeney to remain home from 9:00 p.m. to 6:00 a.m. The Court also permitted Mr. Sweeney to use a computer and the internet with a software monitoring program approved by Pretrial Services.

      On April 30, 2008, the Court further modified those conditions, allowing Mr. Sweeney to

The Honorable Richard J. Holwell  
United States District Court  
Southern District of New York

June 12, 2008  
Page 2

Re: **United States v. Brennan Sweeney**  
     **08 Cr. 212 (RJH)**

move to Philadelphia to reside with his mother, and extending his travel restrictions to include the Eastern District of Pennsylvania and the District of New Jersey.

    Mr. Sweeney's father is dying of lung cancer and has just been moved to a hospice as his condition has worsened. We ask the Court to allow Mr. Sweeney to spend two nights, Tuesday, June 17, 2008, and Wednesday, June 18, 2008, in New Jersey to be with his father. Mr. Sweeney will be reachable at all times on his cell phone (917-806-1030). In addition, at the request of Pretrial Services, Mr. Sweeney will check in with his Pretrial Services Officer each night.

    Thank you for your consideration in this matter.

SO ORDERED

[signature]
USDJ
6/13/08

Respectfully submitted,

David Patton (jm)

David E. Patton  
Attorney for Brennan Sweeney  
Tel.: (212) 417-8762

**SO ORDERED:**

---

**HONORABLE RICHARD J. HOLWELL**  
United States District Judge

cc: Jason Smith, Esq.  
    Assistant U.S. Attorney

    Franco Furelli  
    Pretrial Services  
    Southern District of New York

    Lee Saltzberg  
    Pretrial Services  
    Eastern District of Pennsylvania