# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

June 18, 2008

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


RECEIVED
JUN 19 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re: **United States v. Brennan Sweeney**
    **08 Cr. 212 (RJH)**

Dear Judge Holwell:

I write on behalf of my client, Brennan Sweeney, to request a modification of his bail conditions because of his father's death today. Just last week, in Your Honor's absence, Judge Koeltl, the acting Part 1 Judge, endorsed a modification to permit Mr. Sweeney to spend unmonitored time in New Jersey as his father was placed in hospice due to his lung cancer.

Previously, on March 28, 2008 Mr. Sweeney was presented in Magistrate's Court and released by the Honorable Andrew J. Peck on the following conditions:

> A $50,000 personal recognizance bond to be co-signed by two financially responsible persons secured by $5,000 cash/property; travel limited to the SDNY/EDNY; surrender of all travel documents with no new applications; strict pretrial supervision; home detention with electronic monitoring with permission to leave home for court appearances, attorney meetings, and for job search with notification to Pretrial Services; no access to the internet or computers, no unsupervised contact with minors; no pornography or pornography materials.

On April 11, 2008, the Court modified those conditions, changing the home detention to a curfew requiring Mr. Sweeney to remain home from 9:00 p.m. to 6:00 a.m. The Court also permitted Mr. Sweeney to use a computer and the internet with a software monitoring program approved by Pretrial Services.

On April 30, 2008, the Court modified further modified those conditions, allowing Mr.

Honorable Richard J. Holwell  　　　　　　　　　　June 18, 2008
United States District Court  　　　　　　　　　　　Page 2
Southern District of New York

Re: **United States v. Brennan Sweeney**
    **08 Cr. 212 (RJH)**

Sweeney to move to Philadelphia to reside with his mother, and extending his travel restrictions to include the Eastern District of Pennsylvania and the District of New Jersey.

　　　At approximately 4:30 AM this morning, Mr. Sweeney's father passed away. We ask the Court to extend the bail modification granted by Judge Koeltl through next Tuesday, June 24, 2008 to enable Mr. Sweeney to be with his family, assist with funeral arrangements, and attend the funeral that is to occur in New Jersey. Mr. Sweeney will stay at his brother's house located at 5102 Aberdeen Dr., Mt. Laurel, NJ 08054 and will be reachable on his cell phone at all times (917-806-1030). At no point will Mr. Sweeney have unsupervised contact with minors. Assistant US Attorney Jason Smith consents to this application on behalf of the government.

　　　Should this request meet with Your Honor's approval, please contact my paralegal, Whitney Z. Bernstein, at 212-417-8769 so that we may retrieve the Order from chambers.

　　　Thank you for your consideration in this matter.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　David E. Patton
　　　　　　　　　　　　　　　　　　　　　　Attorney for Brennan Sweeney
　　　　　　　　　　　　　　　　　　　　　　Tel.: (212) 417-8762

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE RICHARD J. HOLWELL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge  6/19/08

cc:　Jason Smith, Esq.
　　　Assistant U.S. Attorney (by fax: 212-637-2527)

　　　Franco Furelli
　　　Pretrial Services, Southern District of New York (by fax: 212-805-4176)

　　　Lee Saltzberg
　　　Pretrial Services, Eastern District of Pennsylvania (by fax: 267-299-5100)