# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

*Southern District*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

**BY HAND**
Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re:  **United States v. Brennan Sweeney**
     **08 Cr. 212 (RJH)**

Dear Judge Holwell:

This letter is respectfully submitted on behalf of my client Brennan Sweeney, to request an adjournment of his status conference, currently scheduled for Friday July 18, 2008. I have been assigned this case from David Patton who has recently left the office. I have not as yet reviewed the discovery materials, the bulk of which is in the custody of the FBI and can only be reviewed at their office. I have spoken with Jason Smith, Esq., on behalf of the Government, and he has consented to this application. Because of my current trial and vacation schedule over the next four weeks, I am requesting an adjournment to any date after August 25, 2008.

If the Court grants this application, <u>I respectfully request that the Court exclude the time from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(8), in the interests of justice.</u>

Thank you for your consideration of this request.

*[Handwritten: Conference adjourned to 9/5/08 at 11:30 a.m. Time is excluded under the STA to permit defendant and his counsel to adequately prepare his defense. The exclusion of time is in the interests of justice as outweighs the interest of the defendant and the public in a speedy trial. SO ORDERED [signature] USDJ 7/23/08]*

Respectfully submitted,

[signature]
Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

SO ORDERED:

_____
HONORABLE RICHARD J. HOLWELL
United States District Judge

cc: Jason Smith, Esq.,
    Assistant United States Attorney