U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2008

**BY FAX**

The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax (212) 805-7948



RECEIVED AUG 21 2008 CHAMBERS OF RICHARD J. HOLWELL

Re:  *United States v. Brennan Sweeney,*
     08 Cr. 212 (RJH)

Dear Judge Holwell:

I write regarding the court appearance in the above-referenced matter which has been rescheduled from September 5 2008, to September 12, 2008, at 11:30 a.m. Because the parties are engaged in ongoing plea discussions, the Government respectfully requests that the time through September 12, 2008, be excluded from the calculations under the Speedy Trial Act. I spoke with defense counsel, Robert Baum, Esq., today via telephone and he specifically consented to this exclusion of time.

*Application Granted. Time excluded under the STA from 9/5 to 9/12/08 for the above stated reasons and in the interests of justice.*

*So ORDERED*
[signature]
*USDJ*
*8/25/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: [signature]
Jason B. Smith
Assistant United States Attorney
(212) 637-1026
(212) 637-2527(fax)

Cc (by Fax):
   Robert Baum, Esq.
   Fax (212) 571-0392

TOTAL P.02